No. 00–8019.  MURRAY v. GOORD, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 00–8022.  NEGRON v. RAY ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–8026.  CARDENAS v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 00–8036.  ILLIG v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 00–8037.  CHAVEZ v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–8044.  SIMS v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–8050.  WILLIAMS v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 00–8051.  GOLPHIN v. NORTH CAROLINA; and
No. 00–8052.  GOLPHIN v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.  Reported below: 352 N. C. 364, 533 S. E. 2d 168.

No. 00–8056.  BEACH v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–8060.  SCHAFFER v. HALTER, ACTING COMMISSIONER OF SOCIAL SECURITY, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–8062.  REEVES v. WHIDDON, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 00–8063.  MORTON v. NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 00–8069.  DANIEL v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL.  Ct. App. Mo.  Certiorari denied.